PD-1631-14 & PD-1632-14
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 3/4/2015 2:55:50 PM
Accepted 3/6/2015 2:16:17 PM
ABEL ACOSTA
CLERK

No. PD-1631-14 & PD-1632-14

FILED IN
COURT OF CRIMINAL APPEALS

March 6, 2015

ABEL ACOSTA, CLERK

IN THE

## Court of Criminal Appeals
## At Austin

_____

# JIMMIE JOHNSON,

*Appellant*

*v.*

# THE STATE OF TEXAS

*Appellee*

_____

Cause numbers 1346765 & 1366083
In the 338th Judicial District Court
Of Harris County, Texas

Cause numbers 01-13-01056-CR & 01-13-01057-CR
In the Court of Appeals for the First Judicial District

_____

*Appellant's Motion for Extension of Time Within Which to file Petition for Discretionary Review*

_____

TO THE HONORABLE COURT OF CRIMINAL APPEALS:

JIMMIE JOHNSON, the appellant, under TEX. R. APP. P. 10.1 & 10.5(b), moves for an extension of time within which to file his petition for discretionary review. In support of his motion, the appellant submits the following:

(A)    The appellant's petition for discretionary review is due on December 1, 2014.

(B)     The appellant seeks an extension of time until today to file the appellant's petition for discretionary review.

(C)     The appellant relies upon the following facts to reasonably explain the need for an extension:

> Due to an unexpected hospitalization, the undersigned was unable to complete the appellant's petition by and requests an additional extension of time to file the petition that accompanies this motion.

(D)     One previous motion requesting an extension of time to file the appellant's petition for discretionary review has been requested or granted.

WHEREFORE, the appellant prays that this Court will grant the requested extension.

Respectfully submitted,


__/s/__ **Kelly Smith**_____
KELLY ANN SMITH

## CERTIFICATE OF COMPLIANCE & SERVICE

Pursuant to TEX. R. APP. P. 9.5, this certifies that this document contains 290 words and a copy of the foregoing was electronically served on the State of Texas.

__/s/__ **Kelly Smith**_____
KELLY ANN SMITH
Texas Bar No. 00797867

P.O. Box 10751
Houston, TX  77206
281-734-0668
Kelly.A.Smith.06@gmail.com

*Counsel for the appellant*